# CUDDY & FEDER LLP

445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
Tel 914.761.1300  Fax 914.761.5372
www.cuddyfeder.com

June 5, 2008

**VIA FACSIMILE (914) 390-4179**
Hon. Stephen C. Robinson
United States District Judge
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

**MEMO ENDORSED**

Re:  Automotive Lift and Equipment Corp. v. National Auto Tools, Inc.
     Case Number: 08 Civ. 4444

Dear Judge Robinson:

I represent the Plaintiff, Automotive Lift and Equipment Corp., in the above-captioned proceeding. Just recently, I received a letter from the Defendant, National Auto Tools, Inc. ("National"), indicating that it was still in the process of obtaining New York counsel to represent it in connection with this litigation. Accordingly, National requested an adjournment extending its time to Answer the Complaint in this action until June 30, 2008. While Plaintiff has no objection to extending National's time to answer, the deadline to submit a Scheduling Order to the Court is June 20, 2008. Accordingly, it is respectfully requested that the deadline to submit this Scheduling Order be extended until July 20, 2008. This is the first request for an adjournment and it is requested on consent of all parties.

The Court's courtesies in this regard are greatly appreciated.

Respectfully submitted,

Joshua J. Grauer

cc:  National Auto Tools, Inc.
     814 Blue Mound Road
     Fort Worth, TX 76131
     Attention: Christine Shurbet
     Fax: (817) 234-9810

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Handwritten endorsement:*
Defendant's time to answer is extended to 6/30/08. Time to submit a scheduling order is extended to 7/20/08.

**APPLICATION GRANTED**
Stephen C. Robinson
HON. STEPHEN C. ROBINSON  6/6/08

ATTORNEYS AT LAW   White Plains   Fishkill   New York City   Norwalk

C&F: 832517.1